OFFICE OF THE DISTRICT CLERK
CHEROKEE COUNTY, TEXAS

Janet Gates, District Clerk
135 South Main, 2nd Floor
Rusk, Texas 75785
distclerk@co.cherokee.tx.us
(903) 683-4553
(903) 462-2021

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/22/2015 3:03:50 PM
CATHY S. LUSK
Clerk

April 22, 2015

Cathy S. Lusk, Clerk
12th Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

{X}    Tames Portal / 12th Court of Appeals,Tyler,Texas website
         https://www.rsp.txcourts.gov/

---

Please find items checked in Case #          19193

_____    Clerk's Record

_____  ___  Supplemental Clerk's Record

___✓___    Notice of Appeal

___✓___    Notice of Appeal - Criminal / Civil Form

_____    Trial Court's Certificate of Defendant's Right of Appeal

_____    Other:_____

Sincerely,

Janet Gates, District Clerk

By:_____Clerk/Deputy
   JANET GATES - DIST CLERK

{   }   Confirmation

Form 9-1998

# NOTICE OF APPEAL - CRIMINAL FORM

## COURT # __19193__

| THE STATE OF TEXAS | ◘ | IN THE 2ND JUDICIAL DISTRICT |
|---|---|---|
| VS | ◘ | COURT OF |
| **DESIREE CHUMBLEY** | ◘ | CHEROKEE COUNTY, TEXAS |

DATE NOTICE OF APPEAL FILED: **April 22, 2015**

OFFENSE : **Burglary of a Habitation, Enhanced**

GUILTY OR NOLO PLEA:   YES OR **NO**      PLEA BARGAIN: YES OR **NO**

DATE OF SENTENCE (OR APPEALABLE ORDER): **April 15, 2015**

SENTENCE IMPOSED: **April 15, 2015**

DATE OF MOTION FOR NEW TRIAL, if filed: _____

NAME OF TRIAL COURT JUDGE: **Bascom W. Bentley III**

NAME OF COURT REPORTER: **Nancy Adams**

NAME OF DEFENSE ATTORNEY ON APPEAL: **Forrest K. Phifer**

ADDRESS: **P.O. Box 829, Rusk, Texas 75785**

DEFENSE ATTORNEY ON APPEAL:    **APPOINTED**    RETAINED    PRO SE

STATE ATTORNEY ON APPEAL: **Rachel Patton, District Attorney**

CUSTODY STATUS: **Cherokee County Jail**

APPEAL BOND SET AT : **-0-**

**Distribution:** √ Original to File ; **√ Court of Appeals** ; √ D.A.'s Office Appellate Division/ D.A.'s Office Trial Division ; √ Defense Counsel ;√ Court Reporter ; Probation

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| vs. | § | 2ND JUDICIAL DISTRICT |
| | § | |
| DESIREE CHUMBLEY | § | CHEROKEE COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Defendant in the above entitled and numbered cause, by and through Counsel, and respectfully files his notice of appeal, seeking to appeal to the Court of Appeals the judgment of conviction and sentence rendered against him on or about April 15, 2015 in the 2nd District Court of Cherokee County Texas. Defendant hereby appeals all adverse rulings by the court.

## AFFIDAVIT OF INDIGENCE

Defendant would further show that he is indigent. Defendant has no money or assets to hire an attorney for appeal. Defendant requests that the court appoint an attorney to represent him on appeal. Defendant requests permission to proceed without payment of court costs.

"My name is Desiree Chumbley, I'm above 18 years of age and fully competent to make this affidavit. I'm indigent and unable to pay an attorney for an appeal, my current earnings are 0.00 dollars, I own no real or personal property. I hereby verify that the statements in this affidavit are true and correct.".

Respectfully submitted this _21_ day of April, 2015.

*State v. Desiree Chumbley*
*Notice of Appeal*
*Page 1*

SCANNED



George Norman Lindsey
Notary Public
STATE OF TEXAS
My Comm. Exp. 01-30-2018

*Desiree Chumbley*
Desiree Chumbley

**State of Texas**

**County of Cherokee**

Sworn and subscribed before me today, _21 April_ , 2015

By, _George Lindsey_ _Desiree Chumbley_

_George Lindsey_
Notary Public

My commission expires on: _January 30, 2018_